CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 9 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| TYRONE SHELTON, | ) | |
|    Plaintiff, | ) | Civil Action No. 7:04-cv-00228 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| FRED SCHILLING, et al., | ) | By: Hon. James C. Turk |
|    Defendant(s). | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ORDERED** and **ADJUDGED** that all defendants' motions for summary judgment are **GRANTED**, and this action is **DISMISSED** as against all defendants. This action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and counsel for defendants.

ENTER: This 29th day of September, 2005.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE